# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Calvin Wilson, Jr.,

    Petitioner,

vs.

Lewis Smith,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-CV-267-1

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/19/2008 Order.

Signed: June 19, 2008

_____
Frank G. Johns, Clerk
United States District Court