UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV267-MU-01

| | |
|---|---|
| CALVIN WILSON, JR., )<br>      **Petitioner,** )<br>)<br>v. )<br>)<br>LEWIS SMITH, )<br>      **Respondent.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Petitioner's Motion for Permission to Appeal In Forma Pauperis, filed August 12, 2008.

Federal law requires that a petitioner filing a notice of appeal in a civil action pay a filing fee in the amount of four-hundred and fifty-five dollars ($455.00), plus service fees and other costs. Petitioner's trust fund account statement indicates that he has a current balance of $ 283.35. In addition, Petitioner's trust account statement indicates that over the course of the last six months approximately $ 1,000.00 has been deposited in his trust account. Based upon this information, the Court determines that Petitioner is able to pay a partial filing fee of one hundred and fifty-five dollars ($ 155.00).

**IT IS THEREFORE ORDERED that:**

1. Petitioner's Motion for Permission to Appeal In Forma Pauperis is **GRANTED in part and DENIED in part**; and

2. Petitioner must pay a partial filing fee of one hundred and fifty-five dollars ($ 155.00) within thirty (30) days of the filing of this Order.

**PETITIONER IS CAUTIONED THAT FAILURE TO PAY THE PARTIAL FILING FEE MAY SUBJECT HIS APPEAL TO DISMISSAL FOR FAILURE TO PROSECUTE.**

The Clerk is further directed to certify a copy of this Order to the Petitioner by **certified mail, return receipt requested**.

Signed: August 13, 2008

Graham C. Mullen
United States District Judge